■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER R. COOPERMAN, on Behalf of ANDREW SANDSON, Petitioner, v WARDEN, ANNA M. KROSS CENTER, Respondent. [13 NYS3d 898]—Writ of habeas corpus in the nature of an application for the release of Andrew Sandson pursuant to CPL 30.30 (2) (a) upon Queens County indictment No. 1151/14.

Adjudged that the writ is dismissed, without costs or disbursements.

The People are chargeable with less than 90 days of delay in bringing Andrew Sandson to trial on Queens County indictment No. 1151/14 (*see* CPL 30.30 [2] [a]; *People v Robinson*, 47 AD3d 847 [2008]; *People v Williams*, 244 AD2d 587 [1997]; *cf. People v Wearen*, 98 AD3d 535 [2012]; *People v Rahim*, 91 AD3d 970 [2012]). Accordingly, Andrew Sandson is not entitled to release pursuant to CPL 30.30 (2) (a), and the writ of habeas corpus must be dismissed. Leventhal, J.P., Dickerson, Roman and Hinds-Radix, JJ., concur.